# ELECTRONIC RECORD

*350-15*
*351-15*
*352-15*
*353-15*

COA # **01-13-00640-CR**    OFFENSE: **22.02 (Aggravated Assault)**

STYLE: Dustin Wayne Glenn v. The State of Texas    COUNTY: **Galveston**

COA DISPOSITION: **AFFIRM**    TRIAL COURT: **405th District Court**

DATE: **02/26/2015**    Publish: **NO**    TC CASE #: **12CR2237**

## IN THE COURT OF CRIMINAL APPEALS

*350-15*
*351-15*
*352-15*
*353-15*

STYLE: Dustin Wayne Glenn v. The State of Texas    CCA #: _____

_____ *APPELLANT'S* _____ Petition    CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:    DATE: _____

_____ *Refused,* _____    JUDGE: _____

DATE: _____ *06/24/15* _____    SIGNED: _____    PC: _____

JUDGE: _____ _____    PUBLISH: _____    DNP: _____

-----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**